UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES JEMISON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:13-cv-1413-WTL-DML |
| | ) |
| PATRICK R. DONAHOE, POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court having granted summary judgment in favor of the Defendant, Patrick Donahoe, in the above cause, judgment is hereby entered in favor of the Defendant and against Plaintiff Charles Jemison, Jr. on the claims in the Plaintiff's Complaint.

SO ORDERED: 5/13/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic communication